# United States Bankruptcy Court
# District of Puerto Rico

**IN RE:**      Case No. _____

**CABALLERO BERRIOS, ANABELLE**      Chapter **13**
<br>Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/31/2011**      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 300.00 | x | 12 | = $ | 3,600.00 |
| $ | 450.00 | x | 48 | = $ | 21,600.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **25,200.00**

Additional Payments:
$ **30,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**REFINANCING PROPETY**

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **55,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,845.00**

Signed: **/s/ ANABELLE CABALLERO BERRIOS**
<br>Debtor

_____
<br>Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **DORAL FINANCIAL** | Cr. **DORAL FINANCIAL** | Cr. **PREFERRED HOME** |
|---|---|---|
| # **8930000094146** | # **8939700000150** | # **053-A14** |
| $ **17,577.21** | $ **1,649.72** | $ **2,564.55** |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
     **DORAL FINANCIAL    DORAL FINANCIAL    PREFERRED HOME**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
     ☐ Paid 100% / ☐ Other: _____

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.**

**PLAN PAYS 100 + 6% INTEREST.**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>CABALLERO BERRIOS, ANABELLE</u>                              Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **BANCO BILBAO VIZC** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: romoj            Page 1 of 1              Date Rcvd: Feb 01, 2011
Case: 11-00719                Form ID: pdf001        Total Noticed: 19
```

The following entities were noticed by first class mail on Feb 03, 2011.

```
db              ANABELLE CABALLERO BERRIOS,  ESTANCIAS DEL LAGO,  114,  CAGUAS, PR  00725
smg             PR DEPARTMENT OF LABOR,  PRUDENCIO RIVERA MARTINEZ BLDG,  505 MUNOZ RIVERA AVENUE,  12 FLOOR,
                SAN JUAN, PR  00918
3155012         BANCO POPULAR DE PR,  PO BOX 366818,  SAN JUAN, PR  00936-6818
3155013        +CITIBANK,  PO BOX 6500,  SIOUX FALLS, SD 57117-6500
3155014         CITIFIANCIAL RETAIL SERVICES DE PR,  PO BOX 71328,  SAN JUAN, PR  00936-8428
3155015         CLARO,  PO BOX 71535,  SAN JUAN, PR  00936-8635
3155016         DEPARTAMENTO DE HACIENDA,  PO BOX 9024140,  OFICINA 424 B,  SAN JUAN, PR  00902-4140
3155017        +DEPARTAMENTO DEL TRABAJO,  AVE MUOZ RIVERA 505,  HATO REY, PR 00918-3352
3155018         DORAL FINANCIAL CORPORATION,  PO BOX 71528,  SAN JUAN, PR  00936-8628
3155019         FEDERAL LITIGATION DEPT OF JUSTICE,  PO BOX 9020192,  SAN JUAN, PR  00902-0192
3155020         FIRST PREMIER BANK,  PO BOX 5147,  SIOUX FALLS, SD  57117-5147
3155021         INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101-7346
3155023         LCDO. NICOLAS QUIONES CASTRILLO,  BUFETE VAZQUEZ & VIZCARRONDO LLP,  PO BOX 195389,
                SAN JUAN, PR  00919-5389
3155024         MACYS,  PO BOX 183083,  COLUMBUS, OH  43218-3083
3155025         PREFERRED HOME SERVICES, INC,  PO BOX 4069,  BAYAMON, PR  00958-1069
```

The following entities were noticed by electronic transmission on Feb 01, 2011.

```
smg            +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                        US TRUSTEE,  EDIFICIO OCHOA,
                500 TANCA STREET SUITE 301,  SAN JUAN, PR 00901-1938
3155011        +E-mail/Text: carmene.rodriguez@bbvapr.com
                BANCO BILBAO VIZCAYA ARGENTARIA,  PO BOX 364745,  SAN JUAN, PR  00936-4745
3155022         E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2011 19:28:18     JC PENNEY,  PO BOX 960090,
                ORLANDO, FL  32896-0090
3155027         E-mail/Text: bnc@ursi.com                          UNITED RECOVERY SYSTEMS,  PO BOX 722929,
                HOUSTON, TX  77272-2929
                                                                                                TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            DEPARTAMENTO DE HACIENDA,  PO BOX 9024140,  OFICINA 424-B,  SAN JUAN, PR  00902-4140
smg*            FEDERAL LITIGATION DEPT. OF JUSTICE,  PO BOX 9020192,  SAN JUAN, PR  00902-0192
3155026       ##+SECURITY CREDIT SERVIC,  2623 W OXFORD LOOP,  OXFORD, MS 38655-5442
                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**                    **Signature:**    *Joseph Speetjens*